## The People of the State of Illinois, Defendant in Error, v. Charles Warren, alias Clarence Warren, Plaintiff in Error.

### Gen. No. 19,546.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN R. NEWCOMER, Judge, presiding. Heard in this court at the October term, 1913. Reversed and remanded. Opinion filed March 9, 1914.

### Statement of the Case.

Prosecution by The People of the State of Illinois against Charles Warren, *alias* Clarence Warren, on a charge of vagrancy. From a judgment of conviction, defendant brings error.

JOHN F. TYRRELL, for plaintiff in error.

MACLAY HOYNE, for defendant in error; FRANCIS E. HINCKLEY, of counsel.

MR. JUSTICE McSURELY delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

## Abstract of the Decision.

VAGRANCY, § 1*—*when evidence insufficient to sustain a conviction.* In a prosecution for vagrancy under Criminal Code, ch. 38, sec. 270, J. &. A. ¶ 3962, the fact that defendant was without lawful means of support must be proved affirmatively as any other fact, and negative evidence, consisting of testimony that the witnesses had no knowledge upon the subject, is insufficient to sustain a conviction.